IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIANDO C. GAINES, ) | |
| ) | |
| Plaintiff, ) | No. C 11-1594 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| CONTRA COSTA COUNTY SHERIFF'S ) | (Docket #66) |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

On June 14, 2012, the court granted defendant's motion to dismiss for nonexhaustion, dismissed plaintiff's action without prejudice and instructed the clerk to enter judgment in accordance with the court's order. Docket #64. The clerk entered judgment as instructed on that same day. Docket #65.

On August 13, 2012, plaintiff filed a request for an extension of time to appeal. The request, signed and dated on August 2, 2012, asks for an extension of time to appeal on the grounds that plaintiff "is a lay person at law" and "has been hospitalized recently." Docket #66 at 1.

Good cause shown, plaintiff's request for an extension of time to appeal is GRANTED. See Fed. R. App. P. 4(a)(5). Plaintiff may file a notice of appeal in this court within 14 days of this order. See id.

SO ORDERED.

DATED: Dec. 11, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Gaines, R.11-1594.appeal.ext.wpd